

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2014

No. 04-13-00530-CR

Oscar David **PARDO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5260
Honorable Ron Rangel, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on March 10, 2014. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for extension of time to file the brief until April 9, 2014. On the brief due date, Appellant filed a second motion for extension of time to file the brief until May 9, 2014, for a total extension of sixty-two days.

Appellant's motion is GRANTED. Appellant must file the brief not later than May 9, 2014. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we may abate this appeal and remand it to the trial court for an abandonment hearing. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court